# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIEL NAUGHTON,<br><br>                Defendant. | 8:16CV173<br><br>DISMISSAL ORDER |

This matter is before the Court on the Motion to Dismiss (Filing No. 5) filed by Plaintiff United States of America. Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Motion should be granted, and the above-captioned action should be dismissed without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss (Filing No. 5) is granted;

2. The above-captioned action is dismissed; and

3. The Court will not assess costs or attorney's fees.

Dated this 2nd day of June, 2016

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp<br>
                                                  Chief United States District Judge